CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RHe
AUG 28 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**WILLIAM J. MATHIAS, JR.,**
**Plaintiff,**

**v.**

**SGT. CLAY POOL, et al.,**
**Defendants.**

**Civil Action No. 7:07-cv-00380**

**FINAL ORDER**

**By: Hon. Jackson L. Kiser**
**Senior United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that

a. All plaintiff's claims brought under 42 U.S.C. § 1983 shall be and hereby are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

b. All plaintiff's claims brought under 28 U.S.C. § 2254 shall be and hereby are **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing §2254 Cases;

c. All other pending motions are hereby **DENIED** as **MOOT**; and

d. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

**ENTER**: This 28th day of August, 2007.

Jackson L. Kiser
Senior United States District Judge